# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

152916

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

TMANDO ALLEN DENSON,
　　　　　Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152916
COA: 321200
Genesee CC: 13-032919-FH

　　　　By order of June 22, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the October 1, 2015 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). We further ORDER the Genesee Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent, and if so, to appoint Jonathan B.D. Simon, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court. The parties shall file supplemental briefs within 42 days following the appointment of counsel addressing: (1) whether the trial court erred when it admitted evidence under MRE 404(b) of the circumstances underlying defendant's 2002 conviction for assault with intent to do great bodily harm and, if so, (2) whether the error was harmless. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk

s1116